## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD, an individual.

Defendant.

## ENTRY OF APPEARANCE

      Laura J. Hazen, of the law firm Ireland Stapleton Pryor & Pascoe, PC, hereby enters her appearance in the above-captioned matter as attorney for Defendant Allen W. Gelbard.

      Respectfully submitted this 22nd day of February, 2010.

                      IRELAND STAPLETON PRYOR & PASCOE, PC

                        s/ Laura J. Hazen
                        Laura J. Hazen
                        1675 Broadway, Suite 2600
                        Denver, Colorado 80202
                        Telephone:  (303) 623-2700
                        Facsimile:  (303) 623-2062
                        lhazen@irelandstapleton.com
                        *Attorney for Defendant Allen W. Gelbard*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 22, 2010, I filed and served the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court and the following counsel using the CM/ECF system:

Leslie A. Eaton, Esq.
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO  80202
Attorney for Plaintiff

        *s/ Laura J. Hazen*
        Laura J. Hazen
        1675 Broadway, Suite 2600
        Denver, Colorado 80202
        Telephone:  (303) 623-2700
        Facsimile:  (303) 623-2062
        lhazen@irelandstapleton.com
        *Attorney for Defendant Allen W. Gelbard*