IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Motion for Leave to Amend Answer and Affirmative Defenses of Defendant Allen W. Gelbard, and Jury Demand** [docket no. 11, filed April 26, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Answer and Affirmative Defenses of Defendant, Allen W. Gelbard, and Jury Demand.


DATED: April 29, 2010