IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.

## ORDER

Following my review of the parties' confidential settlement statements, I have determined that a settlement conference at this time would be a waste of resources.

IT IS ORDERED that the settlement conference set for **October 13, 2010, at 1:30 p.m.**, is VACATED.

Dated October 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge