IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Withdraw as Counsel for Defendant Allen W. Gelbard** [Doc. # 53, filed 12/21/2011] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 53] is GRANTED.  Laura J. Hazen and the law firm of Ireland Stapleton Pryor & Pascoe, PC, are relieved of any further responsibility in the case.

I caution Mr. Gelbard that, until substitute counsel enters its appearance on his behalf, he is personally responsible for complying with all court orders and all time limitations established by any applicable rules.  Failure to do so could result in the imposition of sanctions, including the entry of default and default judgment.

Dated January 6, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge