IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.

_____

**ORDER**
_____

The plaintiff appeared this morning for what was scheduled to be a final pretrial conference.  See Minute Order [Doc. # 59, filed 12/28/2010].  The defendant, who is proceeding *pro se*, failed to participate in the preparation of the proposed final pretrial order, failed to attend the final pretrial conference, and failed to contact the court.  It is apparent that the defendant has abandoned his defense of the case.

IT IS ORDERED that the plaintiff shall file a motion for default and default judgment pursuant to Rule 55, Fed. R. Civ. P., on or before **May 13, 2011**.

Dated May 11, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1