IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00046-WDM-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental final pretrial conference is set for **September 12, 2011, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised proposed final pretrial order, modified as discussed on the record this morning, and submit it to the court on or before **September 5, 2011**.

Dated July 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1