IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00046-MSK-BNB

AB INVESTMENTS LLC,

Plaintiff,

v.

ALLEN W. GELBARD,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Due to the reassignment of this case to Judge Marcia S. Krieger,

IT IS ORDERED:

1.      The final pretrial conference set to occur before me on September 12, 2011, at 11:00 a.m., is VACATED; and

2.      Because no dispositive motions are pending, the parties are directed to contact the chambers of the district judge within ten days to request that a final pretrial conference be set. Failure to contact the chambers of the district judge within the time allowed to request a final pretrial conference may result in the case being dismissed for failure to prosecute.

DATED:  August 25, 2011