# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Honorable Marcia S. Krieger

Case No. 10-00046                           Date:_____

Case Title: AB Investments, LLC v. Gelbard

## JOINT WITNESS LIST

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Robert Beaton | 4 hours Plaintiff/6 hours Defendant |
| Rodney Unger | 1 hour Plaintiff/6 hours Defendant |
| Howard O. Bernstein | 2 hours Plaintiff/2 hours Defendant |
| Allen Gelbard | 10 hours Defendant |
| Lisa Du Boise | 2 hours Defendant |
| Kelli M. Anderson, Esq. | 2 hours Defendant |
| Nicholas Boylan, Esq. | 8 hours Defendant |
| Michael Littman, Esq. | 3 hours Defendant |
| David Stiver | 4 hours Defendant |
| Coral Hansen, CPA | 4 hours Defendant |
| Aaron Grunfeld, Esq. | 2 hours Defendant |