# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00046-WDM-BNB

AB INVESTMENTS, LLC,

        Plaintiff,

Vs.

ALLEN W. GELBARD, an individual,

        Defendant.

## PROPOSED VOIR DIRE QUESTIONS

*General Voir Dire Questions (asked of the potential jurors as a group)*:

1. Is there anyone who because of medical or other important reasons cannot be available for the duration of the trial?

2. Is there anyone who suffers from any condition or situation that would make it difficult to give the parties your full attention and fair consideration if you were selected as a juror?

3. Is there anyone who has difficulty reading, writing or understanding the English language, so that it would impair your ability to understand what you hear or in court or to read the documents that may be used as exhibits?

4. Is there anyone here who is related to, or knows, or has had dealings with any of the lawyers in the case; any of the plaintiff(s); any of the defendant(s); or the following people who may testify at trial?

5. Other than what you have heard in the brief description given today of the case, does anyone know or has anyone heard anything about this case?

6. Is there anyone who has philosophical, religious or other beliefs that would prevent you from sitting and passing judgment on another person?

7. Is there anyone who believes there is something about the kind of case that I described to you that would prevent you from being fair and impartial to all parties in this case?

8. Is there anyone who believes that he or she would be unable to follow the law as I explain it to you, apply that law to the facts that you find in this case, and render the verdict required by the law as I explain it to you?

*Individual Voir Dire Questions (asked of each juror individually):*

1. Full name and age.

2. City of residence.

3. Marital status.

4. Number and age of any children.

5. Extent of formal education.

6. Any legal training or experience.

7. Present occupation and any other employment going back 10 years, including name of employer(s), nature of work and title of position(s), and length of time with each employer.

8. Present occupation (and prior jobs going back 10 years) for spouse and other adults in the household, as well as for any adult children not living in the household.

9. Major outside interests and hobbies

10. Military service, if any (including branch, years of service, highest rank achieved, duties, nature of discharge).

11. Do you have any prior jury service (federal and state civil and criminal cases, as well as grand jury). If yes,

       a. In what kind of case?

       b. What was the outcome?

12. Do you have any prior involvement as a party in any civil lawsuit (personally as well as in connection with any employment). If yes,

       a. In what kind of case?

    b. What was the outcome?

13. Are you aware of any prior involvement of relatives or close friends in any civil lawsuits.  If yes,

    a. In what kind of case?

    b. What was the outcome?

14. Do you have any prior experience as a witness (in court hearing or deposition).  If yes,

    a. In what kind of case?

    b. What was the outcome?

15. Have any of you ever been personally involved in a breach of contract dispute?  If yes:

    a. What was the dispute?
    b. Were you accused of breach of contract or did you accuse another person or entity of breach of contract?
    c. Was a court action filed?
    d. Was this claim compromised or settled out of court, or did the matter go to trial?
    e. Would that fact influence you in any way in reaching a verdict in this case?
    f.  Were you satisfied with the outcome of this claim?

16. Have any of you ever worked for a company that has been involved in a breach of contract lawsuit?  If yes:
    a. What was the outcome?
    b. How did you feel about the outcome?

17.  Do any of you know of any reason why you think that you could not sit in this case and render a just, fair, honest and impartial verdict?

### Additional Voir Dire Questions Submitted by Defendant Allen Gelbard

  18.  Have you ever owned horses, either as a hobby or a business?

  19.  Have you ever ridden horses as a hobby?

  20.  Have you ever been a participant in or spectator at horse riding

competitions?

21.     Have you ever owned real property as a residence? Have you ever been in foreclosure of your residential real property, or lost the property as the result of a foreclosure?

22.     Have you ever owned real property as an investment? Have you ever been in a dispute or lawsuit regarding that investment?

23.     Have you ever owned stock in a publicly traded company? Have you ever owned stock in a closely-held company? Do you regularly trade stocks in the stock market? Have you ever been involved in a dispute or lawsuit regarding the ownership or trading of stocks?

24.     Have you ever been a member of a Limited Liability Company? Have you ever been a partner in a partnership? Have you ever been involved in a dispute or lawsuit regarding your membership in a Limited Liability Company or your interest in a partnership?

25.     Have you ever been accused of fraud? Have you ever accused anyone else of fraud?

26.     Have you ever been a debtor or creditor in a bankruptcy?

27.     Do you prepare your own tax returns or do you have your tax returns by an accountant or other tax preparer?

29.     Do you have any background in financial matters such as reviewing financial statements and tax returns, preparing financial statements, analyzing financial statements or tax returns?

30.     Have you ever been a party or a witness in any kind of lawsuit? If you

were a party, were you satisfied with the result?  Were you satisfied with the judicial system?

31.     Have you ever heard the term "fiduciary duty," and if so, do you have an understanding of that term?