**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Marcia S. Krieger**

Case No. 10-00046                              Date:_____

Case Title: AB Investments, LLC v. Gelbard

| Exh | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Unger or Beaton | ABI Operating Agreement, ABI00304-321 | | | | | |
| 2 | Unger or Beaton | Letter from Gelbard to Anton Collins with ABI Tax Summary ABI00404-406 | | | | | |
| 3 | Unger or Beaton | Letter from Gelbard to Anton Collins, ABI 00324 | | | | | |
| 4 | Unger or Beaton | Plaintiff 2000 IRS Form 1065, ABI 00325-339 | | | | | |
| 5 | Unger or Beaton | Plaintiff 2001 IRS Form 1065, ABI00035-43 | | | | | |
| 6 | Unger or Beaton | Plaintiff 2002 IRS Form 1065, ABI00044-52 | | | | | |
| 7 | Unger or Beaton | Plaintiff 2003 IRS Form 1065, ABI00053-61 | | | | | |
| 8 | Unger or Beaton | Plaintiff 2004 IRS Form 1065, ABI00062-68 | | | | | |
| 9 | Unger or Beaton | Plaintiff 2005 IRS Form 1065, ABI00069-78 | | | | | |

| 10 | Unger or Beaton | Defendant's Declaration ABI00006-00022 | | | | | |
| 11 | Unger or Beaton | Zuckerman Declaration, ABI00023-30 | | | | | |
| 12 | Unger or Beaton | Defendant's Bankruptcy Petition, ABI00340-350 | | | | | |
| 13 | Unger or Beaton | Defendant's Bankruptcy Schedules, ABI00351-391 | | | | | |
| 14 | Unger or Beaton | Defendant's Motion to Dismiss Bankruptcy, ABI00209-273 | | | | | |
| 15 | Unger or Beaton | Order Dismissing Defendant's Bankruptcy, ABI00274-277 | | | | | |
| 16 | Unger or Beaton | Order on Motion to Sell, ABI00278-286 | | | | | |
| 17 | Unger or Beaton | Defendant's First Amended Complaint (LASC), ABI00079-206 | | | | | |
| 18 | Unger or Beaton | Judgment (LASC), ABI00207-208 | | | | | |
| 19 | Unger or Beaton | ABI Req. for Production to Def, ABI00287-295 | | | | | |
| 20 | Unger or Beaton | ABI Interrogatories to Def., ABI00296-303 | | | | | |
| 21 | Unger or Beaton | Plaintiff's Complaint, ABI00392-403 | | | | | |
| 22 | Unger or Beaton | Summary of Principal and Interest, ABI00407 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |