**30:1    BREACH OF EXPRESS CONTRACT — ELEMENTS OF LIABILITY**

For the plaintiff, AB Investments, LLC, to recover from the defendant, Allen Gelbard on its claim of breach of express contract, you must find all of the following have been proved by a preponderance of the evidence:

1. The defendant entered into a contract with the plaintiff to repay monies borrowed in the amount of $_____; and

2. The defendant failed to repay the amount due; and

3. The plaintiff substantially performed its part of the contract.

If you find that any one or more of these three statements has not been proved, then your verdict must be for the defendant.

On the other hand, if you find that all of these three statements have been proved, then your verdict must be for the plaintiff.

**30:7   CONSIDERATION — DEFINED**

**"Consideration" is a benefit received or something given up as agreed upon between the parties. If you find that Defendant received money from Plaintiff, then you must find that there was consideration.**

**30:9    SUBSTANTIAL PERFORMANCE — DEFINED**

A party has "substantially performed" or "substantially complied with" the terms of a contract if anything that was changed or not done according to the exact terms of the contract was minor, and the other party received substantially what he or she contracted for.

**30:14  DETERMINATION OF PARTIES' INTENT**

The statements or conduct of the parties before any dispute arose between them is an indication of what the parties intended at the time that the contract was formed.

To determine what the parties intended the terms of the contract to mean, you may also consider any earlier dealings between the parties, any reasonable expectations the parties may have had because of the promises or conduct of the other party, any earlier statements made by any party, and any other facts and circumstances that existed at the time that the contract was formed.

**30:4    FORMATION OF A CONTRACT**

**A contract is an agreement between two or more persons or entities. It may be verbal or in writing.  A contract consists of an offer and an acceptance of that offer, and must be supported by consideration. If any one of these three elements is missing, there is no contract.**

**Each party to the contract must have understood and agreed to the essential terms of the claimed contract. You may conclude that there was an understanding and agreement from the contracting parties' conduct, statements, and writings.**

**The essential terms of the contract must be definite and complete enough to allow the parties to know and understand their rights and duties under the claimed contract.**

**30:36  EXPRESS CONTRACTS — BASIC INSTRUCTION**

**If you find in favor of the plaintiff, AB Investments, LLC, on its claim of breach of contract, then you must award it actual or nominal damages.**

**To award actual damages, you must find by a preponderance of the evidence that the plaintiff had actual damages as a result of the breach, and you must determine the amount of those damages.**

**If you find in favor of the plaintiff, but do not find any actual damages, you shall nonetheless award the plaintiff nominal damages in the sum of one dollar.**

**30:37   ACTUAL DAMAGES**

**If actual damages have been proved, you shall award:**

**1. The amounts borrowed by Defendant or on his behalf that have not been repaid to Plaintiff, including interest;**

**You may award these damages if you find that they were a natural and probable consequence of the defendant's breach of contract and the defendant reasonably could have foreseen at the time the parties entered into the contract that the damages would probably occur if he breached the contract.**

**3:1     BURDEN OF PROOF AND PREPONDERANCE OF EVIDENCE —
         DEFINED**

**1. The plaintiff has the burden of proving its claim by a preponderance of the evidence.**

**2. The defendant has the burden of proving each of his affirmative defenses by a preponderance of the evidence.**

**3. To prove something by a "preponderance of the evidence" means to prove that it is more probably true than not.**

**4. "Burden of proof" means the obligation a party has to prove its claims or defenses by a preponderance of the evidence. The party with the burden of proof can use evidence produced by any party to persuade you.**

**5. If a party fails to meet its burden of proof as to any claim or defense or if the evidence weighs so evenly that you are unable to say that there is a preponderance on either side, you must reject that claim or defense.**

**3:16    EXPERT WITNESSES**

**A witness qualified as an expert by education, training, or experience may state opinions. You should judge expert testimony just as you would judge any other testimony. You may accept it or reject it, in whole or in part. You should give the testimony the importance you think it deserves, considering the witness's qualifications, the reasons for the opinions, and all of the other evidence in the case.**

**3:17    DETERMINING CREDIBILITY OF WITNESSES**

You are the sole judges of the credibility of the witnesses and the weight to be given their testimony. You should take into consideration their means of knowledge, strength of memory and opportunities for observation; the reasonableness or unreasonableness of their testimony; the consistency or lack of consistency in their testimony; their motives; whether their testimony has been contradicted or supported by other evidence or prior testimony in other matters; their bias, prejudice or interest, if any; their manner or demeanor upon the witness stand; and all other facts and circumstances shown by the evidence which affect the credibility of the witnesses.

Based on these considerations, you may believe all, part or none of the testimony of a witness.

**3:8 EVIDENCE IN THE CASE — STIPULATIONS — JUDICIAL NOTICE — INFERENCES PERMITTED AND DEFINED**

The evidence in the case consists of the sworn testimony of all the witnesses all exhibits which have been received in evidence, all facts which have been admitted or agreed to, all facts and events which have been judicially noticed, and any presumptions stated in these instructions.

In deciding the facts, you must consider only the evidence received at trial. Evidence offered at the trial and rejected or stricken by the Court must not be considered by you. Statements, remarks, arguments, and objections by counsel and remarks of the Court not directed to you are not evidence.

You are to consider only the evidence in the case and the reasonable inferences from that evidence. An inference is a deduction or conclusion that reason and common sense lead the jury to draw from other facts that have been proved.

When the Court declares it has taken judicial notice of some fact or event, the jury must accept that fact or event as proved.

**3:9     DIRECT AND INDIRECT (CIRCUMSTANTIAL) EVIDENCE —
         DEFINED**

**Evidence may be either direct or circumstantial. Circumstantial evidence is the proof of facts or circumstances from which the existence or nonexistence of other facts may reasonably be inferred. All other evidence is direct evidence. The law makes no distinction between the effect of direct evidence and circumstantial evidence.**