# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00046-WDM-BNB

AB INVESTMENTS, LLC,

        Plaintiff,

Vs.

ALLEN W. GELBARD, an individual,

        Defendant.

## DECLARATION OF STEVEN R. SKIRVIN

I, Steven R. Skirvin, declare as follows:

    1.    I am an attorney in the law firm of Dion-Kindem & Crockett ("DKC"), counsel of record to Plaintiff AB Investments, LLC.

    2.    I have personal knowledge of the matters testified to herein and if called upon to do so, would competently testify thereto.

    3.    On November 4, 2011, at 1:14 p.m. Pacific time, I emailed to Mr. Gelbard at his designated email, LISADUBOISE@aol.com, the proposed final pretrial order, proposed voir dire questions, a proposed witness list and exhibit list.  A true and correct copy of this email is attached hereto as Exhibit "A" and incorporated herein by reference.

    4.    On November 4, 2011, at 1:44 p.m. Pacific time, Mr. Kenneth Bounds of Dion-Kindem & Crockett emailed Plaintiff's exhibits to Mr. Gelbard at his designated

email address.  A true and correct copy of this email is attached hereto as Exhibit "B" and incorporated herein by reference.

5.   On Sunday, November 6, 2011, Mr. Fuchs sent an email to myself and Mr. Crockett, claiming the claim stated in the pretrial order was so vague, no response was possible, and indicating that he did not have the exhibits sent on November 4.  A true and correct copy of this email is attached hereto as Exhibit "C" and incorporated herein by reference.

6.   On November 8, 2011, I responded to Mr. Fuch's letter.  A true and correct copy of this email is attached hereto as Exhibit "D" and incorporated herein by reference.  The dollar amounts of the amount borrowed each year by Mr. Gelbard in the proposed pretrial order were inadvertently left blank but the numbers were taken directly from tax return exhibits, which were sent in Mr. Bounds' email, Exhibit "B".

7.   On November 8, 2011, exhibits were sent to Mr. Fuchs at his request, see Exhibit "E".  On November 9, 2011, Mr. Fuchs claimed he could not open the exhibits, sent as Adobe pdf documents.  A true and correct copy of his emails are collectively attached hereto as Exhibit "F" and incorporated herein by reference. A true and correct copy of my response is attached hereto as Exhibit "G" and incorporated herein by reference.  In this response, I requested to know whether we should leave Mr. Gelbard's portion of the pretrial order unchanged from the previous iteration, or delete it because of the expected revisions. I received no response to this email, so the pretrial order is filed making no changes to Mr. Gelbard's portions of the order.

8. In preparing this declaration, I realized that proposed jury instructions were inadvertently not sent to Mr. Gelbard on November 4, 2011. I sent them to Mr. Gelbard on November 10, 2011. I apologize for any inconvenience this may cause. A true and correct copy of the email enclosing the proposed jury instructions is attached hereto as Exhibit "H" and incorporated herein by reference.

9. I received the Defendant's exhibit list (I sent the Court's form of exhibit list to Defendant on October 5, 2011, Exh. I), witness list, voir dire questions and jury instructions at various times on November 10, 2011, with the latest revisions being received at 7:17 pm. We therefore did not have time to meet and confer regarding these issues. Defendant indicated through counsel that revisions to the proposed pretrial order would be sent Monday, November 14, 2011. I will upload any revisions received by Mr. Gelbard to any of the foregoing documents. Plaintiff does object to most, if not all, of the exhibits, as relating to claims Defendant was instructed to remove from the pretrial order, many of Defendant's voir dire questions as simply irrelevant (what do horses have to do with this case?), and jury instructions making incorrect statements of the law (*see, e.g.,* jury instruction pertaining to the statute of limitations).

I declare under the penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed this 10th day of November, 2011 at Woodland Hills, California.

/s/ Steven R. Skirvin
_____
STEVEN R. SKIRVIN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2011, I filed and served the foregoing Declaration of Steven R. Skirvin with the Clerk of the Court using the CM/ECF system and emailed it to Defendant as follows:

Allen W. Gelbard
LISADUBOISE@aol.com

                                               */s/ Steven R. Skirvin*
                                               _____
                                               Steven R. Skirvin
                                               Dion-Kindem & Crockett
                                               21271 Burbank Blvd., Suite 100
                                               Woodland Hills, CA 91367
                                               Tel.: 818.883.4400
                                               Fax: 818.676.0246
                                               wec@dkclaw.com
                                               srs@dkclaw.com